**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-62720-CIV-SMITH**

JESUS RAMON RAMIREZ BASABE,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

_______________________________________________/

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court upon the Petition for Writ of Habeas Corpus [DE 1]. Based on the record, Petitioner entered the United States without inspection on July 2, 2022. He was apprehended upon arrival and was released from immigration detention a few days later. On June 10, 2023, Petitioner applied for asylum and his application remains pending. On August 27, 2026, Respondents re-detained Petitioner at a routine ICE check-in appointment. Petitioner is currently in removal proceedings under section 240 of the Immigration and Nationality Act. Petitioner challenges his detention and seeks either release from immigration detention or a bond hearing. On September 18, 2026, Petitioner received a bond hearing. The immigration judge denied bond after finding that Petitioner posed a flight risk. According to Respondents, Petitioner has not appealed his bond order.

Respondents maintain that because Petitioner received a bond hearing, Petitioner has received the relief he requests and the case is moot. Respondents further assert that Petitioner has failed to exhaust his administrative remedies because he has not appealed the bond order to the Board of Immigration Appeals ("BIA").

Petitioner has failed to provide the Court with authority establishing that the Court can grant him his requested relief, given that he has already received a bond hearing but has failed to appeal the bond order to the BIA. Thus, Petitioner's Petitioner must be denied as partly moot and for failure to exhaust. *See Santiago-Lugo v. Warden*, 785 F.3d 467, 475 (11th Cir. 2015) (holding that courts may not "disregard a failure to exhaust and grant relief on the merits if the respondent properly asserts the defense.").

Accordingly, it is,

**ORDERED** that:

1. The Petition for Writ of Habeas Corpus [DE 1] is **DENIED.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of October, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE